B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re **TSG Commercial Solutions, Inc.**  Case No. **15-51675**
Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ESS Equipment Sales & Service<br>P.O. Box 1421<br>Medina, OH 44256 | ESS Equipment Sales & Service<br>P.O. Box 1421<br>Medina, OH 44256 | Repairs - Tow Motor | | 7,183.49 |
| Great Works Employment Services<br>2034 East Market Street<br>Akron, OH 44312 | Great Works Employment Services<br>2034 East Market Street<br>Akron, OH 44312 | Temporary Employment Agency | | 56,120.42 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | 941 Taxes | | 37,141.19 |
| J. Kurt Denkewalter & Associates<br>110 South Huntington Street<br>Medina, OH 44256 | J. Kurt Denkewalter & Associates<br>110 South Huntington Street<br>Medina, OH 44256 | Default Judgment | Contingent<br>Unliquidated<br>Disputed | 8,120.00 |
| Kabar Manufacturing Company<br>140 Schmitt Blvd.<br>Farmingdale, NY 11735 | Kabar Manufacturing Company<br>140 Schmitt Blvd.<br>Farmingdale, NY 11735 | Default Judgment | Contingent<br>Unliquidated<br>Disputed | 1,861.68 |
| Lamar Packaging<br>P.O. Box 653<br>Wadsworth, OH 44282 | Lamar Packaging<br>P.O. Box 653<br>Wadsworth, OH 44282 | Trade Debt | | 332.48 |
| Ohio Bureau of Workers Compensation<br>P.O. Box 15567<br>Columbus, OH 43215 | Ohio Bureau of Workers Compensation<br>P.O. Box 15567<br>Columbus, OH 43215 | | | 2,370.30<br><br>(0.00 secured) |
| Ohio Bureau of Workers Compensation<br>P.O. Box 15567<br>Columbus, OH 43215 | Ohio Bureau of Workers Compensation<br>P.O. Box 15567<br>Columbus, OH 43215 | | | 2,194.37<br><br>(0.00 secured) |
| Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43266 | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43266 | Income Tax | | 4,863.69 |

B4 (Official Form 4) (12/07) - Cont.

In re **TSG Commercial Solutions, Inc.** Case No. **15-51675**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Remington Products Company<br>961 Seville Road<br>Wadsworth, OH 44281 | Remington Products Company<br>961 Seville Road<br>Wadsworth, OH 44281 | Default Judgment | Contingent<br>Unliquidated<br>Disputed | 256,801.81 |
| Tri-County Pallet Recycling, Inc.<br>P.O. Box 1010<br>Norton, OH 44203 | Tri-County Pallet Recycling, Inc.<br>P.O. Box 1010<br>Norton, OH 44203 | Trade debt | | 2,400.00 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | Trade Debt | | 356.97 |
| UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 | UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 | Trade Debt | | 178.18 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 9, 2015**   Signature **/s/ Susan L. McDuffee**
**Susan L. McDuffee**
**CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

15-51675-amk   Doc 5   FILED 07/09/15   ENTERED 07/09/15 23:02:49   Page 2 of 2